## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD DEARDORFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00604 |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, GERALD DEARDORFF ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: January 16, 2013           RESPECTFULLY SUBMITTED,

                                  KROHN & MOSS, LTD.


                                  By: /s/ Shireen Hormozdi

                                  Shireen Hormozdi, Esq.
                                  Attorney for Plaintiff
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 401
                                  Los Angeles, CA 90025
                                  Tel: (323) 988-2400 x 267
                                  Fax: (866) 385-1408
                                  Email: shormozdi@consumerlawcenter.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com