UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| GERALD DEARDORFF, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 3:12-cv-00604 |
| GC SERVICES, LP, | ) ) ) |
|     Defendant. | ) |

**STIPULATION TO DISMISS CASE WITH PREJUDICE**

Plaintiff, GERALD DEARDORFF, and Defendant, GC SERVICES, LP, through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED: February 6, 2013          RESPECTFULLY SUBMITTED,

                                          KROHN & MOSS, LTD.

                                        By: /s/ Shireen Hormozdi

                                        Shireen Hormozdi
                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd. Suite 401
                                        Los Angeles, CA 90025
                                        Tel: (323) 988-2400 x 267
                                        Fax: (866) 861-1390
                                        Email: shormozdi@consumerlawcenter.com
                                        Attorney for Plaintiff

DATED: February 6, 2013    RESPECTFULLY SUBMITTED,

FRANTZ, MCCONNELL & SEYMOUR, LLP.


By: /s/ John M. Lawhorn

John M. Lawhorn (BPR No. 14388)
FRANTZ, MCCONNELL & SEYMOUR, LLP
P.O. Box 39
Knoxville, TN 37901
(865) 546-9321
Attorney for Defendant GC Services, LP